Case 4:16-cv-03591   Document 23   Filed in TXSD on 01/02/18   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
January 03, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Sandra Hrabor, | § | |
|     Plaintiff, | § | |
| V | § | CIVIL ACTION: H-16-3591 |
| | § | |
| Conn Credit Corporation, Inc., | § | |
| and Conn Appliances, Inc., | § | |
|     Defendant | § | |

### O R D E R

On January 2, 2018 this Court granted the parties Stipulation to Arbitration. Therefore, it is hereby

ORDERED that the above captioned case is STAYED and administratively closed. The parties are granted leave to move to reinstate the case on the Court's active docket at such time in the future as the parties deem appropriate.

SIGNED at Houston, Texas, on this the ___2___ day of January, 2018.

DAVID HITTNER
UNITED STATES DISTRICT JUDGE